UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.B.,<br><br>    Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, LLC, *et al.*,<br><br>    Defendant(s) | CASE NO.: 4:19-cv-07848-HSG<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE AS TO DEFENDANT CRAIGSLIST, INC.'S MOTION TO DISMISS** |

## **ORDER**

The Court having considered Plaintiff J.B.'s ("Plaintiff") and Defendant craigslist, Inc.'s ("Defendant" or "craigslist, Inc.") Stipulated Motion to Modify the Briefing Schedule and hereby adopts the following briefing schedule:

Plaintiff J.B. shall have up to and including March 12, 2020 to respond to Defendant craigslist, Inc.'s Motion to Dismiss.

Defendant craigslist, Inc. shall have up to and including March 26, 2020 to reply to Plaintiff's response.

The Hearing on Defendant craigslist, Inc.'s Motion to Dismiss shall be held on April 9, 2020.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.

DATED: 2/18/2020

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE