Phillip R. Bonotto, Esq.
State Bar No. 109257
Candace H. Shirley, Esq.
State Bar No. 111177
GURNEE MASON RUSHFORD
BONOTTO & FORESTIERE
2240 Douglas Boulevard, Ste. 150
Roseville, CA 95661
Phone: (916) 797-3100
Fax: (916) 797-3131
Emails: pbonotto@gurneelaw.com;
cshirley@gurneelaw.com

Attorneys for Defendant,
EASTBAY LODGING, INC., dba
MILLS MOTEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>G6 HOSPITALITY, LLC;<br>Serve its Registered Agent: Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, Ohio 43215<br><br>RED LION HOTELS CORPORATION;<br>Serve its Registered Agent:<br>Corporate Creations California, Inc.<br>11380 Prosperity Farms Road, Suite 221E<br>Palm Beach Gardens, Florida 33410<br><br>KANTILAL KATRI AND<br>RAJESHKUMAR KATRI D/B/A<br>ECONOMY INN;<br>18005 Walnut Road<br>Castro Valley, CA 94546 | Case No.: 4:19-cv-07848-HSG<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>*Assigned to Honorable Haywood S. Gilliam, Jr.* |

1

MITCHELL HOTEL, INC.
D/B/A MITCHELL HOTEL;
Serve its Registered Agent:
Robert M. Porter
171 12th Street, Suite 202
Oakland, CA 94607

SRK MOTEL, INC.
D/B/A BAY BREEZE INN;
Serve its Registered Agent:
Harshad Panchal
311 El Camino Real
Arroyo Grande, CA 93420

KALPESH K. BALSAR
D/B/A SAGE MOTEL;
4844 MacARTHUR Boulevard
Oakland, CA 94629

GANGABEN A. PATEL TRUST 2000
D/B/A HOLIDAY MOTEL;
4474 MacArthur Boulevard
Oakland, CA 94619

EAST BAY LODGING, LLC
D/B/A MILLS MOTEL;
Serve its Registered Agent:
Girish Solanki
4701 Ewing Road
Castro Valley, California

SARKAR, LLC
D/B/A BUDGET INN
Serve its Registered Agent:
Jayantilal K. Patel
6149 View Crest Drive
Castro Valley, California 94619

CRAIGSLIST, INC.
Serve its Registered Agent:
Jason A. Yurasek
235 Montgomery Street, Suite 1158
San Francisco, CA 94104

2

STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

KAIROS UNLIMITED COUNSELING )
SERVICES; )
Jamie R. Barcelona and Remedios R. )
Barcelona )
5631 Buena Vista Avenue )
Oakland, CA 94618 )
)
    Defendants. )
)
)
)

    Plaintiff J.B., an individual, and Defendant EASTBAY LODGING, INC., dba MILLS MOTEL, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1) that Defendant EASTBAY LODGING, INC., dba MILLS MOTEL shall be dismissed from this action with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs and request an Order dismissing EASTBAY LODGING, INC., dba MILLS MOTEL from this action under Federal Rule of Civil Procedure 41(a)(2). Further, Defendant EASTBAY LODGING, INC., dba MILLS MOTEL withdraws its Amended Motion to Dismiss (ECF No. 46) filed with the Court, and respectfully asks for the April 9, 2020 to be removed from the Court's calendar.

Dated: _____April 6_____, 2020      **LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

By: _____
Carissa Phelps, Esq.
Attorney for Plaintiff, J.B., an Individual

Dated: _____Apr. L 6_____, 2020      **GURNEE MASON RUSHFORD BONOTTO & FORESTIERE**

By: _____
Phillip R. Bonotto, Esq.
Candace H. Shirley, Esq.
Attorneys for Defendant,
EASTBAY LODGING, INC., dba
MILLS MOTEL

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED:

Defendant, EASTBAY LODGING, INC., dba MILLS MOTEL is hereby DISMISSED WITH PREJUDICE from this action as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: 4/7/2020

Honorable Haywood S. Gilliam, Jr.
United States District Judge