# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

J.B., an individual

Plaintiff(s),

v.

G6 HOSPITALITY, LLC, et al.

Defendant(s).

Case No: 4:19-cv-07848 HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

I, Roman Martinez, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: craigslist, Inc. in the above-entitled action. My local co-counsel in this case is Perry J. Viscounty, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Latham & Watkins LLP, 555 Eleventh St. NW, Ste. 1000, Washington, D.C. 20004 | Latham & Watkins LLP, 505 Montgomery St., Ste. 2000, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 637-2200 | (415) 391-0600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| roman.martinez@lw.com | perry.viscounty@lw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1001100.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/31/20

/s/ Roman Martinez
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Roman Martinez is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/9/2020

Haywood S. Gill
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Roman Martinez*

was duly qualified and admitted on May 13, 2011 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 20, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.