Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B.<br><br>Plaintiff(s),<br><br>v.<br><br>G6 Hospitality, LLC, et al.<br><br>Defendant(s). | Case No: 4:19-cv-07848-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER<br>(CIVIL LOCAL RULE 11-3) |

I, Annika K. Martin, an active member in good standing of the bar of Southern District of N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: J.B. in the above-entitled action. My local co-counsel in this case is Kelly M. Dermody, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 250 Hudson Street, 8th Floor<br>New York, NY 10013 | 275 Battery Street, 29th Floor San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 355-9500 | (415) 956-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| akmartin@lchb.com | kdermody@lchb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AM 2972.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/08/20                                                                     /s/ *Annika K. Martin*
                                                                                                        APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Annika K. Martin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/2/2020

*Haywood S. Gill Jr.* (signature)
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, Ruby J. Krajick, Clerk of Court, Certify that

__ANNIKA  K.  MARTIN__, Bar # __AM2972__

was duly admitted to practice in the Court on

__September 27, 2005__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __April 10, 2020__
New York, New York

__Ruby J. Krajick__   By   [signature]
Clerk of Court           Deputy Clerk