AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

J.B., an individual,
        Plaintiff(s),
V.
G6 HOSPITALITY, LLC; et al.
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:19-cv-07848-HSG

Notice is hereby given that, subject to approval by the court, GANGABEN A. PATEL TRUST 2000, erroneously sued as GANGABEN A. PATEL TRUST 2000, dba HOLIDAY MOTEL substitutes (Party(s) Name)

Phillip R. Bonotto, Esq. of Gurnee Mason Rushford Bonotto & Forestiere, State Bar No. 109257 as counsel of record in
(Name of New Attorney)

place of  Michael Heath, Esq. of the Law Office of Michael Heath
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Gurnee Mason Rushford Bonotto & Forestiere
    Address: 2240 Douglas Boulevard, Suite 150, Roseville, CA 95661
    Telephone: (916) 797-3100     Facsimile (916) 797-3131
    E-Mail (Optional): pbonotto@gurneelaw.com

I consent to the above substitution.
Date: 6-24-2020
                                            (Signature of Party(s))

I consent to being substituted.
Date: 6-18-2020
                                     Michael Heath
                                     (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 6-26-20
                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/30/2020                                    Haywood S. Gilliam Jr.
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

