LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
   *perry.viscounty@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
T: +1.415.391.0600 / F: +1.415.395.8095

  Roman Martinez (*pro hac vice*)
   *roman.martinez@lw.com*
  Caroline Flynn (*pro hac vice*)
   *caroline.flynn@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
T: +1.202.637.2200 / F: +1.202.637.2201

Attorneys for Defendant
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.B., an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G6 HOSPITALITY, LLC; et al.,<br><br>　　　　　Defendants. | CASE NO. 4:19-cv-7848-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT CRAIGSLIST, INC. TO RESPOND TO FIRST AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

## **ORDER**

The Court having considered Plaintiff J.B.'s ("Plaintiff") and Defendant craigslist, Inc.'s ("craigslist") Stipulated Request for Extension of Time for Defendant craigslist, Inc. to Respond to First Amended Complaint and Setting Briefing Schedule for Motion to Dismiss hereby adopts the following briefing schedule:

1. craigslist will file any motion to dismiss by October 9, 2020.
2. Plaintiff will file any opposition to craigslist's motion to dismiss by October 30, 2020.
3. craigslist will file any reply in support of its motion to dismiss by November 16, 2020.
4. A hearing will be held on craigslist's motion to dismiss on December 17, 2020 at 2:00 p.m. before the Honorable Haywood S. Gilliam, Jr.

IT IS SO ORDERED.

DATED: 9/24/2020

*[signature]*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE