UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.B.,<br><br>  Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, LLC, *et al.*,<br><br>  Defendant(s). | Case No. 4:19-cv-07848-HSG<br><br>**ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT GANGABEN A. PATEL TRUST 2000'S MOTION TO DISMISS AND MODIFIED BRIEFING SCHEDULE**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

1  The Court having considered the stipulation by Plaintiff J.B. ("Plaintiff") and Defendant Gangaben A. Patel Trust 2000 d/b/a Holiday Motel ("Holiday Motel") for extension of time for Plaintiff to respond to Holiday Motel's motion to dismiss, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have up to and including October 30, 2020 to file an opposition to Holiday Motel's motion to dismiss, and Holiday Motel shall have up to and including November 16, 2020 to file a reply in support of that motion.

**IT IS SO ORDERED.**

DATED: 10/28/2020                    By: _____
                                          The Honorable Haywood S. Gilliam, Jr.
                                          United States District Judge