LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
    *perry.viscounty@lw.com*
  Catherine Anne Rizzoni (Bar No. 322267)
    *cat.rizzoni@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
T: +1.415.391.0600 / F: +1.415.395.8095

  Roman Martinez (*pro hac vice*)
    *roman.martinez@lw.com*
  Caroline Flynn (Bar No. 296691)
    *caroline.flynn@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
T: +1.202.637.2200 / F: +1.202.637.2201

Attorneys for Defendant
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.B., an individual,<br><br>                   Plaintiff,<br><br>        v.<br><br>G6 HOSPITALITY, LLC; et al.,<br><br>                   Defendants. | CASE NO. 4:19-cv-7848-HSG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE JANUARY 14, 2021 HEARING DATE PURSUANT TO CIVIL LOCAL RULE 6-2 -As Modified** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 4:19-cv-7848-HSG
[XXXXXXXX] ORDER GRANTING STIPULATION
TO CONTINUE THE JAN. 14, 2021 HEARING

## ORDER

The Court having considered Plaintiff J.B.'s ("Plaintiff"), Defendant craigslist, Inc.'s ("craigslist"), Defendant Gangaben A. Patel Trust 2000's ("Patel"), and Defendants Rajesh Khatri and Hansaben Khatri d/b/a Economy Inn Oakland's ("Economy Inn") Stipulation to Continue the January 14, 2021 Hearing Date Pursuant to Civil Local Rule 6-2, it is hereby ORDERED that the hearing on craigslist's, Patel's, and Economy Inn's motions to dismiss shall be continued from January 14, 2021 to **March 18, 2021** at 2:00 p.m.

IT IS SO ORDERED.

DATED:   12/30/2020

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE