UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.B.,<br><br>          Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, LLC, *et al.*,<br><br>          Defendant(s). | Case No. 4:19-cv-07848-HSG<br><br>**ORDER GRANTING STIPULATION REGARDING DEADLINE TO AMEND COMPLAINT AND RESPONSE DEADLINE**<br><br>Judge:     Hon. Haywood S. Gilliam, Jr. |

2307269.1

The Court having considered the stipulation by Plaintiff J.B. ("Plaintiff") and craigslist Inc. ("craigslist") for an extension of time for Plaintiff to amend her complaint against craigslist and for craigslist to respond to Plaintiff's amended complaint, IT IS HEREBY ORDERED that:

1. Plaintiff's deadline to amend her complaint against craigslist is extended to 14 days after the final resolution of Plaintiff's request for interlocutory review; and
2. craigslist's deadline to respond to Plaintiff's amended complaint is extended to 60 days after service of Plaintiff's amended complaint against craigslist.

**IT IS SO ORDERED.**

DATED __9/28/2021__        By: _____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge