UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. B.,<br><br>           Plaintiff,<br><br>   v.<br><br>G6 HOSPITALITY, LLC, et al.,<br><br>           Defendants. | Case No. 19-cv-07848-HSG<br><br>**ORDER REGARDING MOTIONS TO WITHDRAW**<br><br>Re: Dkt. Nos. 190, 194 |

Counsel for Defendant Gangaben A. Patel Trust, formerly doing business as Holiday Motel, has filed a motion to withdraw as counsel. Dkt. No. 190. Counsel for Defendant Kalpesh K. Balsara, doing business as Sage Motel, has also filed a motion to withdraw as counsel. Dkt. No. 194. "[T]he privilege to represent oneself *pro se* provided by [28 U.S.C.] § 1654 is personal to the litigant and does not extend to other parties or entities." *Simon v. Hartford Life, Ins.*, 546 F.3d 661, 664 (9th Cir. 2008) (citation omitted). In other words, an individual "has no authority to appear as an attorney for others than himself." *C.E. Pope Equity Trust v. U.S.*, 818 F.2d 696, 697 (9th Cir. 1987) (citation omitted). "Corporations and other unincorporated associations must appear in court through an attorney." *In re America West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (citations omitted).

If Defendants Gangaben A. Patel Trust and Kalpesh K. Balsara do not oppose the motions to withdraw and intend to substitute new counsel, they should make every effort to file a properly executed substitution of counsel form before January 18, 2022, the date the Court will hold a Case Management Conference regarding Plaintiff's claims against Defendant Hotels and Kairos. *See* Dkt. No. 195. Alternatively, if either Defendant opposes its counsel's motion to withdraw, it must file an opposition by December 28, 2021, and must appear personally at the January 18, 2022 case

management conference.  The Court will assess the status of these representation issues at the case management conference.

**IT IS SO ORDERED.**

Dated:  12/20/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge