1  HANSON BRIDGETT LLP
   ALEXANDER J. BERLINE, SBN 158098
2  aberline@hansonbridgett.com
   425 Market Street, 26th Floor
3  San Francisco, California 94105
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366

5  Attorneys for Defendant
   GANGABEN A. PATEL TRUST 2000

6

7

8                   UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | J.B., an individual,              | Case No. 4:19-cv-07848-HSG
12 |           Plaintiff,               | **NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER APPROVING SUBSTITUTION**
13 |     v.                             |
14 | G6 HOSPITALITY, LLC; et al.,       |
15 |           Defendants.              |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant GANGABEN A. PATEL TRUST 2000 (the "Trust"), incorrectly sued as GANGABEN A. PATEL TRUST 2000 DBA HOLIDAY MOTEL has consented to, and hereby request that the Court permit and approve, the substitution of Hanson Bridgett LLP as counsel of record for the Trust in the above-captioned matter.

Withdrawing counsel for the Trust is:

CANDACE H. SHIRLEY
GURNEE MASON RUSHFORD BONOTTO & FORESTIERE LLP
2240 Douglas Blvd., Suite 150
Roseville, CA 95661
(916) 797-3100
(916) 797-3131 (fax)

Upon approval of this substitution, all pleadings, orders and notices should hereafter be served upon the following substituted counsel for the Trust:

HANSON BRIDGETT LLP
Alexander J. Berline, SBN 158098
aberline@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

I consent to this substitution of counsel.

DATED:  January 24, 2022

On behalf of Defendant
GANGABEN A. PATEL TRUST 2000

By: _____*/s/ Urmila Patel*_____
Urmila Patel, Trustee

I consent to being substituted.

DATED:  January 24, 2022

GURNEE MASON RUSHFORD & FORESTIERE LLP

By: _____*/s/ Candace H. Shirley*_____
CANDACE H. SHIRLEY

///

///

-1-    Case No. 4:19-cv-07848-HSG
NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER APPROVING SUBSTITUTION

18226938.1

I consent to the above substitution.

DATED: January 24, 2022         HANSON BRIDGETT LLP

By: */s/ Alexander J. Berline*
ALEXANDER J. BERLINE
Attorneys for Defendant
GANGABEN A. PATEL TRUST 2000

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Defendant's Notice Of Substitution Of Counsel And [Proposed] Order Approving Substitution is submitted, concur in the filing's content and have authorized the filing.

DATED: January 24, 2022         HANSON BRIDGETT LLP

By: */s/ Alexander J. Berline*
ALEXANDER J. BERLINE
Attorneys for Attorneys for Defendant
GANGABEN A. PATEL TRUST

**ORDER**

The above withdrawal and substitution of counsel is approved and so **ORDERED**.

DATED: 1/25/2022

By: *[signature: Haywood S. Gilliam Jr.]*
HON. HAYWOOD S. GILLIAM, JR.
Federal District Court Judge