Carissa Phelps (Cal. Bar No. 264044)
cphelps@levinlaw.com
Kathryn L. Avila (*pro hac vice*)
kavila@levinlaw.com
Kimberly R. Lambert Adams (*pro hac vice*)
kadams@levinlaw.com
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: 850-435-7153
Facsimile: 850-436-6153

Kelly M. Dermody (Cal. Bar No. 171716)
kdermody@lchb.com
Michelle A. Lamy (Cal. Bar No. 308174)
mlamy@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: 415-956-1000
Facsimile: 415-956-1008

*Attorneys for Plaintiff J.B.*

*Counsel for Defendants listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.B.,<br><br>        Plaintiff,<br>v.<br><br>G6 HOSPITALITY, LLC, et al.,<br><br>        Defendants. | Case No. 4:19-cv-07848-HSG<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

1  WHEREAS Plaintiff J.B. ("Plaintiff") and Defendants G6 Hospitality LLC ("G6"), Rajesh Khatri and Hansaben Khatri d/b/a Economy Inn Oakland ("Economy Inn"), SRK Motel, Inc., d/b/a Bay Breeze Inn ("Bay Breeze Inn"), Kalpesh K. Balsara d/b/a Sage Motel ("Sage Motel"), and Gangaben A. Patel 2000 Trust d/b/a Holiday Motel ("Holiday Motel") met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8, ADR L.R. 3-5, and the Court's order following the January 18, 2022 case management conference (ECF No. 202);

NOW THEREFORE, through their respective counsel, the parties agree as follows:

1. The parties agree to participate in the following ADR process:  Mediation (ADR L.R. 6); and
2. The parties agree to hold the ADR session by:  January 6, 2023.

Dated: January 25, 2022            Respectfully submitted,

  /s/  Kelly M. Dermody
Kelly M. Dermody
*Attorney for Plaintiff J.B.*

  /s/  Brian H. Gunn
Brian H. Gunn
*Attorney for Defendant SRK Motel, Inc., d/b/a Bay Breeze Inn*

  /s/  Courtney Ung
Courtney Ung
*Attorney for Defendant Rajesh Khatri & Hansaben Khatri d/b/a Economy Inn*

  /s/  Alexis Burgess
Alexis Burgess
*Attorney for Defendant G6 Hospitality LLC*

           /s/ *Alexander J. Berline*
Alexander J. Berline
*Attorney for Defendant Gangaben A. Patel Trust 2000 d/b/a Holiday Motel*

           /s/ *George Holland Sr.*
George Holland, Sr.
*Attorney for Defendant Kalpesh K. Balsura d/b/a Sage Motel*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED 1/26/2022        By: _____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

2350907.1

-2-

CASE NO. 4:19-CV-07848-HSG
STIPULATION AND ORDER
SELECTING ADR PROCESS