UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.B., <br><br> Plaintiff, <br><br> v. <br><br> G6 HOSPITALITY, LLC, *et al.*, <br><br> Defendant(s). | Case No. 4:19-cv-07848-HSG <br><br> **ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. |

1  The Court having considered the stipulation of Plaintiff J.B. ("Plaintiff") and Defendant
2  Kalpesh K. Balsara d/b/a Sage Motel ("Sage Motel") (collectively, the "Parties") to vacate the
3  September 29, 2022 hearing on Plaintiff's motion to enforce the Parties' settlement agreement,
4  ECF No. 230, it is hereby ORDERED that the hearing is vacated.

**IT IS SO ORDERED.**

DATED:  9/29/2022          By:  /s/ Haywood S. Gilliam, Jr.
                                The Honorable Haywood S. Gilliam, Jr.
                                United States District Judge

-1-   ORDER VACATING HEARING ON MOTION TO ENFORCE
      NO. 4:19-CV-07848-HSG